90-1280

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
) MDL 875
)
This Document Relates to United States )
District Court for Maryland )
)
(See Attachment A) )
)
)

AND NOW, this __11th__ day of __August__, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: __8/11/00__    _____
Charles R. Weiner